IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00362-LTB
(Removal from County Court, Pueblo County, Colorado,
Case No. 2013-T-1408)

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

DONNA GLYN SNELLER,

    Defendant.

---

ORDER FOR SUMMARY REMAND

---

Donna Glyn Sneller has filed *pro se* a document that has been docketed as a notice of removal in which she states she is removing to this Court case number 2013-T-1408 from the County Court of Pueblo County, Colorado. The Court must construe the notice of removal liberally because Ms. Sneller is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the case will be remanded summarily to the state court.

Title 28 U.S.C. § 1455(a) provides that a defendant seeking to remove a criminal prosecution from a state court must file a notice of removal "containing a short and plain statement of the grounds for removal." Ms. Sneller fails to provide a short and plain statement of the grounds for removal of this action and, even construing the notice of removal liberally, the Court is unable to ascertain any legitimate basis for removal of this

action under the relevant statutes. Title 28 U.S.C. §§ 1442, 1442a, and 1443 all authorize the removal of certain criminal prosecutions, but Ms. Sneller makes no allegations relevant to § 1442, which applies to actions against federal officers or agencies, to § 1442a, which applies to members of the armed forces, or to § 1443, which authorizes the removal of certain civil rights cases. Therefore, because it clearly appears on the face of the notice of removal that removal of this action should not be permitted, the action will be remanded summarily to the state court pursuant to 28 U.S.C. § 1455(b)(4). Accordingly, it is

ORDERED that Case No. 13-T-1408 is remanded summarily to the County Court of Pueblo County. It is

FURTHER ORDERED that the clerk of this court shall mail a certified copy of this order to the clerk of the County Court of Pueblo County.

DATED at Denver, Colorado, this  12th  day of     September    , 2013.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court